_____

No. 95-3207SI
_____

Lanny Kay,                *
                          *
            Appellant,    *    Appeal from the United States
                          *    District Court for the Southern
      v.                  *    District of Iowa.
                          *
Department of Agriculture, *   [UNPUBLISHED]
Daniel R. Glickman, Agent, *
                          *
            Appellee.     *

_____

Submitted: April 8, 1996

Filed: April 17, 1996
_____

Before McMILLIAN and FAGG, Circuit Judges, and BURNS,* District
      Judge.
_____

PER CURIAM.


      Lanny Kay appeals a decision of the district court upholding the
Secretary of Agriculture's denial of benefits under the Disaster Assistance
Act of 1988.  After a careful review of the record and the parties' briefs,
we affirm substantially for the reasons stated in the district court's
order.  See 8th Cir. R. 47B.


      A true copy.


      Attest:


            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

      *The  HONORABLE  JAMES  M.  BURNS,  United  States
      District Judge for the District of Oregon, sitting
      by designation.